UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60492-CIV-COHN/Snow

SHENANDOAH CHIROPRACTIC, P.A.,
Individually and on Behalf of
Others Similarly Situated d/b/a
Shenandoah Chiropractic Center

    Plaintiff,

v.

NATIONAL SPECIALTY INSURANCE
COMPANY, Texas Corporation,

    Defendant.
_____/

## O R D E R

THIS CAUSE is before the Court on counsel George Lang's Verified Motion for Admission *Pro Hac Vice* (DE 9). Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. George Lang, Esquire, is hereby permitted to enter a limited appearance for purposes of representing the plaintiff **Sendandoah Chiropractic, P.A.** in this cause; Steven Jaffe, Esquire, is designated as local counsel.

DONE AND ORDERED at Fort Lauderdale, Florida, this 21st day of June, 2007.

                                              LURANA S. SNOW
                                              UNITED STATES MAGISTRATE JUDGE

Copies to:

Seth Lehrman, Esq. (P)
Steven Jaffe, Esq. (P and Local Counsel for Lang)
George Lang, Esq. (P)
Christopher Carver, Esq. (D)

Ms. Catherine Wade (MIA)
   Executive Service Administrator