UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-60492-CIV-COHN/SNOW

SHENANDOAH CHIROPRACTIC, P.A.
d/b/a SHENANDOAH CHIROPRACTIC
CENTER, individually and on behalf of
others similarly situated,

      Plaintiff,

v.

NATIONAL SPECIALTY INSURANCE
COMPANY, a Texas corporation,

      Defendant.
_____/

## ORDER DISMISSING PLAINTIFF'S CLASS ACTION COMPLAINT WITHOUT PREJUDICE AND GRANTING PLAINTIFF LEAVE TO AMEND

**THIS CAUSE** is before the Court upon Defendant National Specialty Insurance Company's Motion to Dismiss the Class Action Complaint [DE 10].  The Court has considered the Motion, Plaintiff's Opposition [DE 24], Defendant's Reply [DE 28], and the record, and is otherwise fully advised in the premises.

In its Motion to Dismiss, Defendant argues first that Plaintiff failed to allege that it complied with the PIP statute demand letter requirement.  In response, Plaintiff argues that it did in fact send such a demand letter, and attaches a copy to its Response.  However, as Plaintiff seems to concede in its Response, the sending of a demand letter is a condition precedent to bringing the instant lawsuit, and a review of the Complaint reveals neither the specific allegation that a demand letter was sent nor the broader allegation that all conditions precedent to the bringing of the lawsuit were met.  See Fed. R. Civ. P. 9(c).  In the context of a different statute with similar conditions

precedent required to bring a lawsuit, the Eleventh Circuit has held that "a plaintiff must generally allege in his complaint that 'all conditions precedent to the institution of the lawsuit have been fulfilled.'"  Jackson v. Seaboard Coast Line R. Co., 678 F.2d 992, 1010 (11th Cir. 1982).

Although the Court recognizes that, in reality, the condition precedent to filing this lawsuit has been satisfied, it cannot ignore the fact that Plaintiff failed to plead this critical fact in its Complaint.  The Defendant is required by Rule 9(c) to plead with particularity any denials of performance or occurrence of conditions precedent, and it cannot be expected to do so if such allegations are not properly included in the Complaint.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss is **GRANTED**.  Plaintiff's Class Action Complaint is **DISMISSED without prejudice**.  It is further

**ORDERED AND ADJUDGED** that Plaintiff is **GRANTED LEAVE** to file an Amended Complaint, curing the defects described above, within five (5) days of receipt of this Order.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 23rd day of July, 2007.

JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record

2